# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2472

_____

Alena Uladimirauna Kurylchyk, et al.,

*Petitioners*,

v.

Eric H. Holder, Jr., Attorney General of the United States,

*Respondent*.

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: March 19, 2015
Filed: March 26, 2015
[Unpublished]

_____

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Alena Uladimirauna Kurylchyk and her husband Vitali Nikolaevich Bychkooski, natives and citizens of Belarus, petition for review of an order of the Board of Immigration Appeals upholding an immigration judge's decision to deny

asylum and withholding of removal.[1]  After careful consideration of the issues before us, *see De Castro-Gutierrez v. Holder*, 713 F.3d 375, 379 (8th Cir. 2013), we deny the petition, because we conclude that substantial evidence supports the finding that Kurylchyk failed to establish past persecution or a well-founded fear of future persecution, *see Ortiz-Puentes v. Holder*, 662 F.3d 481, 483-84 (8th Cir. 2011).  The petition for review is denied.  *See* 8th Cir. R. 47B.

_____

[1]Kurylchyk is the principal applicant and her husband is a derivative applicant for relief.